STATE of Missouri, Respondent,

v.

Edwin Lee JACKSON, Appellant.

No. WD 39587.

Missouri Court of Appeals, Western District.

April 3, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

**802** ◼

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Sp. Asst. Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from sentence of life imprisonment without eligibility for probation or parole for first degree murder, § 565.020.1, RSMo 1986, following a jury verdict. Jackson also appeals the denial of his motion under Rule 29.15.

Judgments affirmed. Rules 84.16(b) and 30.25(b).